# UNITED STATES OF AMERICA EX REL. COLUMBIA HEIGHTS REALTY CO. *v.* MACFARLAND.

The decision in this case is governed by *United States ex rel. Columbia Heights Realty Co.* v. *Macfarland, ante,* 53.

No. 1949.   Submitted Octo'·er 7, 1908.   Decided November 4, 1908.

HEARING on an appeal by the petitioner from an order of the Supreme Court of the District of Columbia dismissing a petition for the writ of mandamus against the commissioners of the District of Columbia, and discharging the rule which had been laid upon them to show cause why the writ should not be issued.                                *Affirmed.*

*Messrs. Douglas, Baker, & Sherrill* for the appellant.

*Mr. E. H. Thomas,* Corporation Counsel, for the appellees.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This case is identical with No. 1950, between the same parties, [ante, 53] and was submitted therewith. For the reasons given in the opinion in that case the judgment is affirmed, with costs.                                                   *Affirmed.*